UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID GRANT,<br><br>Petitioner,<br><br>v.<br><br>DANNY SAMUELS, Warden,<br><br>Respondent. | Case No. CV 22-0790 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DIRECTING RESPONDENT TO ANSWER PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondent's Motion to Dismiss (Dkt. No. 15) is DENIED; and

1     (2) Respondent is ORDERED to Answer the Petition within 30 days of the date of
2     this Order.

4     IT IS SO ORDERED.

6   DATED: August 22, 2022

                                         JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE