1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10

11   MICHAEL DAVID GRANT,                    Case No. CV 22-0790 JFW (PVC)

12                     Petitioner,
                                             **ORDER ACCEPTING FINDINGS,**
13          v.                               **CONCLUSIONS AND**
                                             **RECOMMENDATIONS OF UNITED**
14   RON BROOMFIELD, Warden,                 **STATES MAGISTRATE JUDGE**

15                     Respondent.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records

18   and files herein, the Report and Recommendation of the United States Magistrate Judge,

19   and Petitioner's Objections.  After having made a *de novo* determination of the portions of

20   the Report and Recommendation to which Objections were directed, the Court concurs

21   with and accepts the findings and conclusions of the Magistrate Judge.

22

23          IT IS ORDERED that the Petition is denied and Judgment shall be entered

24   dismissing this action with prejudice.

25   \\

26   \\

27   \\

28   \\

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  June 12, 2023

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE